**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California  90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Robert E. Feyder (SBN 130688)
 *robert.feyder@klgates.com*
Kevin S. Asfour (SBN 228993)
 *kevin.asfour@klgates.com*

Attorneys for Defendant Wells Fargo Bank, N.A. (sued in its own name and as its dba Wells Fargo Home Mortgage)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RITO CALDERON, et al., | Case No. CV12-0605-PA (SHx) |
|---|---|
| Plaintiffs, | **JUDGMENT** |
| vs. | Assigned to Hon. Percy Anderson |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

# JUDGMENT OF DISMISSAL

Pursuant to the Court's March 5, 2012 Order (Dkt. # 14) granting the motion to dismiss of Defendant Wells Fargo Bank, N.A., sued in its own name and as its dba Wells Fargo Home Mortgage, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint, and each and every claim alleged therein, is DISMISSED WITH PREJUDICE and without leave to amend, and judgment is hereby entered in favor of said Defendant.

Dated: March 9, 2012

Hon. Percy Anderson
U.S. DISTRICT COURT JUDGE